Jonathan W. BREWER, Appellant,

v.

CITIZENS BANK OF ELDON AND VERSAILLES, Respondent.

WD 80598

Missouri Court of Appeals,
Western District.

ORDER FILED: October 31, 2017

Audrey E. Smollen, Jefferson City, MO, Attorney for Appellant.

Andrew J. Hardwick, Versailles, MO, Attorney for Respondent.

Before Division IV: Mark D. Pfeiffer, Chief Judge, and Gary D. Witt and Edward R. Ardini, Jr., Judges

---

## Order

Per Curiam:

Mr. Jonathan Brewer appeals from the judgment entered by the Circuit Court of Morgan County, Missouri, granting summary judgment in favor of Citizens Bank of Eldon and Versailles on Mr. Brewer's petition for wrongful foreclosure. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 84.16(b).